```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :    21 Cr. 396 (JPC)
                                                                  :
JAMEL HAMILTON,                                                   :         ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

At Defendant's June 10, 2021 arraignment, Defendant waived indictment, pleaded guilty to Count 1 of the Information, and requested an expedited resolution of this case. The Court scheduled Defendant's sentencing on an expedited basis for the week of July 19, 2021 in the event that the Probation Department would be able to complete its investigation and report sufficiently in advance of that date. Upon consultation with the Probation Department, the Court has determined that sentencing on such an expedited schedule would not be appropriate in this case. Accordingly, Defendant's sentencing is adjourned to September 9, 2021 at 11:00 a.m. The presentence investigation process shall proceed in the normal course.

SO ORDERED.

Dated: June 14, 2021
       New York, New York
                                                    _____
                                                           JOHN P. CRONAN
                                                       United States District Judge